AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>NIKALUS RUIZ<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   26-mj-30-KAS |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    NIKALUS RUIZ                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ☑ Complaint
❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2251(a)            Production of Child Pornography

Date:      February 26, 2026                               _____
                                                                                *Issuing officer's signature*

City and state:    Denver, Colorado                    Kathryn A. Starnella, U.S. Magistrate Judge
                                                                                *Printed name and title*

---

**Return**

      This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                _____
                                                                                *Arresting officer's signature*

                                                                                _____
                                                                                *Printed name and title*